# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED OCTOBER 9, 2013

### NO. 03-13-00581-CR

**The State of Texas, Appellant**

**v.**

**Eric Dennis Torberson, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE JONES**

**THIS CAUSE** came on to be heard on the written motion of the State of Texas to dismiss the appeal and the same being considered, it is the opinion of this Court that the same should be granted: it is **ORDERED, ADJUDGED** and **DECREED** by the Court that the State be allowed to withdraw the notice of appeal and that the appeal be dismissed; that the State pay all costs relating to this appeal; and that this decision be certified below for observance.